**EXHIBIT B**

**EXHIBIT B**

**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com
Attorneys for
LEGACY PROPERTIES LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.:    2:17-bk-10614-mkn |
| | Chapter 7 |
| PARNELL COLVIN, | |
| | **NOTICE OF ENTRY OF ORDER** |
| Debtor. | **GRANTING LEGACY PROPERTIES** |
| | **LLC'S MOTION FOR RELIEF FROM** |
| _____ | **AUTOMATIC STAY [ECF NO. 24]** |

COMES NOW, LEGACY PROPERTIES, LLC, ("Legacy") and does hereby provide

notice that the Order Granting Legacy's Motion for Relief from Stay was entered on August 17,

2017 and entered in the court records as ECF No. 41 and is attached as Exhibit 1.

Dated: August 23, 2017

Respectfully Submitted.

**O'REILLY LAW GROUP, LLC**


By:  /s/ Timothy R. O'Reilly
    John F. O'Reilly, Esq.
    Nevada Bar No. 1761
    Timothy R. O'Reilly, Esq.
    Nevada Bar No. 8866
    325 S. Maryland Parkway
    Las Vegas, Nevada 89101
    E-Mail:efile@oreillylawgroup.com
    Attorneys for LEGACY PROPERTIES LLC

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway •Las Vegas, Nevada 89101
Telephone (702) 382-2500 •Facsimile (702) 384-6266

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am employed in the law offices of O'REILLY LAW GROUP, LLC and that, on August 23, 2017, I served, in accordance with LR 5-4 and Fed. R. Civ. P. 5(b)(2), NOTICE OF ENTRY OF ORDER GRANTING LEGACY PROPERTIES LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY [ECF NO. 24] BY: *(Check all that apply)*

☐ **a.** **ECF SERVICE:** That service was made by electronic transmission through the ECF filing system of the U.S. District Court, District of Nevada to the parties set forth on the attached Service List.

☒ **b.** **U.S. MAIL:** By placing a copy of same in a sealed envelope, with postage fully prepaid thereon, and sending via U.S. mail to the parties set forth on the attached Service List.

Parnell Colvin
6550 Laredo Street
Las Vegas, Nevada 89146

Signed on: August 23, 2017

*Leancene Puszkan*
An Employee of O'REILLY LAW GROUP, LLC

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266

Case 17-10566-abl   Doc 48-2   Entered 09/08/17 12:47:31   Page 4 of 7

*EXHIBIT 1*

*EXHIBIT 1*

Case 17-10566-abl    Doc 43-1    Entered 09/08/17 12:45:23    Page 5 of 4
Case 17-10514-mkn    Doc 43-1    Entered 08/23/17 10:56:32    Page 2 of 4
Case 17-10614-mkn    Doc 41    Entered 08/17/17 13:37:46    Page 1 of 3

_____

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 17, 2017

**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com
Attorneys for
LEGACY PROPERTIES LLC

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) CASE NO.:   2:17-bk-10614-mkn |
| | ) Chapter 7 |
| PARNELL COLVIN, | ) |
| | ) **ORDER GRANTING LEGACY** |
| Debtor. | ) **PROPERTIES LLC'S MOTION FOR** |
| | ) **RELIEF FROM AUTOMATIC STAY [ECF** |
| | ) **NO. 24]** |
| _____ | ) |

    On August 2, 2017, this Court held a hearing upon Legacy Properties LLC's ("Legacy")

Motion for Relief Automatic Stay [ECF No. 24] with Kelley K Blatnik, Esq., of counsel for

O'Reilly Law Group, LLC, having appeared on behalf of Legacy and Mr. Parnell Colvin having

appeared as pro se debtor.

...

...

...

...

Pursuant to the reasons stated on the record and in accordance with 11 USC 362(d)(1) this Court does hereby ORDER AND ADJUDGE that Legacy Properties LLC's Motion for Relief from Automatic Stay [CM/ECF No. 24] is hereby GRANTED.

### IT IS SO ORDERED

Respectfully Submitted.

**O'REILLY LAW GROUP, LLC**

By: /s/ Timothy R. O'Reilly
    John F. O'Reilly, Esq.
    Nevada Bar No. 1761
    Timothy R. O'Reilly, Esq.
    Nevada Bar No. 8866
    325 S. Maryland Parkway
    Las Vegas, Nevada 89101
    E-Mail:efile@oreillylawgroup.com
    Attorneys for LEGACY PROPERTIES LLC

**Reviewed by:**

**Parnell Colvin, Debtor**

REFUSED TO SIGN_____
Parnell Colvin
6550 Laredo St.
Las Vegas, Nevada 89146

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266

**ALTERNATIVE METHOD Re: RULE 9021**

In accordance with LR 9021, the attorney submitting this document certifies as follows:

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_x__ I have delivered a copy of this proposed order to all attorneys and parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below

| | APPROVED | DISAPPROVED | FAILED TO RESPOND |
|---|---|---|---|
| Debtor Parnell Colvin<br>6550 Laredo Street<br>Las Vegas, Nevada 89146 | | X | |

Debtor disapproved, but failed to provide proposed revisions or alternative proposed order.

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

O'REILLY LAW GROUP, LLC

By: /s/ Timothy R. O'Reilly
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266