# EXHIBIT C

# EXHIBIT C

1  Monique Brown
   *(Name)*
2  6550 Laredo St
   *(Address)*
3  Las Vegas, NV 89146
   *(City, State, Zip)*
4  503 381-5158
   *(Telephone)*
5  PC681@yahoo.com
   *(E-Mail)*
6  Defendant, *Pro Se*

JUSTICE COURT, TOWNSHIP OF Las Vegas
CLARK COUNTY, NEVADA

Mickey Griffin, Legacy Properties LLC 3550 S. Rainbow #225 Las Vegas, NV 89146
                        Plaintiff(s),

Case No.: 17E020548
Dept. No.: _____

vs.

Monique Brown
6550 Laredo St Las Vegas, NV 89146
                        Defendant(s).

Date of Hearing: N/A
Time of Hearing: N/A

**NOTICE OF BANKRUPTCY ACTION**

Defendant, Monique Brown, appearing *pro se*, hereby provides notice of the following *(check the appropriate box below)*:

☐ I have filed a *(check one)* ☒ Chapter 7/ ☐ Chapter 13 Bankruptcy Petition, case number 17-14566-ABL, in the U.S. Bankruptcy Court for the District of Nevada on the 23 day of August, 20 17. Attached hereto is the Notice of Filing.

☐ I had previously filed a Bankruptcy Petition, case number _____, and that Petition has been dismissed, without discharge. Attached hereto is the Notice of Dismissal.

☐ I had previously filed a Bankruptcy Petition, case number _____, and that Petition has resulted in a Discharge. Attached hereto is the Notice of Discharge.

© Civil Law Self-Help Center
Clark County, Nevada

Page 1

///

☐ I had previously filed a Bankruptcy Petition, case number _____, and the Bankruptcy court has issued a Lift of Automatic Stay to allow this action to proceed. Attached hereto is the Order Granting Lift of Stay.

DATED this 23 day of August, 2017.

Per NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

*Monique Brown* (signature)
Monique Brown (print name)
Defendant, *Pro Se*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that service of the foregoing **NOTICE OF BANKRUPTCY ACTION** was made on *(insert date)* August 23rd, 2017, pursuant to JCRCP 5(b), by depositing a copy of the same in the United States Mail in Las Vegas, Nevada, postage prepaid, addressed as follows *(insert name and address of the opposing party's attorney, or opposing party if unrepresented)*:

Mickey Griffin
Legacy Properties LLC
2550 S Rainbow #225
Las Vegas, NV 89146

Per NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

08/23/2017        Monique Brown           *Monique Brown*
(Date)            (Type or print name)     (Signature)

© Civil Law Self-Help Center            Page 2
Clark County, Nevada

United States Bankruptcy Court
District of Nevada

Exhibit 2

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/23/2017 at 09:49 AM and filed on 08/23/2017.

**MONIQUE KASHAY BROWN**
6550 LAREDO ST.
LAS VEGAS, NV 89146
SSN / ITIN: xxx-xx-0249



The bankruptcy trustee is:

**LENARD E. SCHWARTZER**

2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146
(702) 307-2022

**17-14566-ABL**

The case was assigned case number 17-14566-abl to Judge AUGUST B. LANDIS.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.nvb.uscourts.gov or at the Clerk's Office, 300 Las Vegas Blvd., South, Las Vegas, NV 89101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Mary A. Schott
Clerk, U.S. Bankruptcy
Court