# EXHIBIT E

# EXHIBIT E

**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com
Attorneys for LEGACY PROPERTIES LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) CASE NO.: 2:17-bk-14566-SBL |
| | ) Chapter 7 |
| MONIQUE KASHAY BROWN, | ) |
| | ) **ORDER GRANTING LEGACY** |
| Debtor. | ) **PROPERTIES, LLC'S MOTION FOR** |
| | ) **RELIEF FROM AUTOMATIC STAY** |

This Court having held a hearing upon Legacy Properties, LLC ("Legacy") Motion for Relief Automatic Stay, having reviewed the pleadings and being fully aware of all relevant facts and circumstances does hereby make the following order:

…

…

…

…

…

1

Pursuant to the reasons stated on the record and in accordance with 11 USC 362 (d)(1) this Court does hereby ORDER AND ADJUDGE that Legacy Properties, LLC's Motion for Relief from Automatic Stay is hereby GRANTED.

**IT IS SO ORDERED.**

Respectfully Submitted by:

**O'REILLY LAW GROUP, LLC**

*/s/ Timothy R. O'Reilly*_____

John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
E-Mail: efile@oreillylawgroup.com
Attorneys for LEGACY PROPERTIES LLC

2