# UNITED BANKRUPTCY COURT

# DISTRICT OF NEVADA



RECEIVED AND FILED
2017 SEP 22 PM 12:10
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

CASE NUMBER 17-14566-ABL

CHAPTER 7
MOTION TO CONTINUE
RESCHEDULE HEARING DATE

MONIQUE BROWN,
DEBTOR.

Comes now Monique Brown, and is requesting the court to continue and or reschedule the hearing date set for September 27, 2017 at 10:30 am. Ms. Brown is in her last stages of a very complex and difficult pregnancy. On September 20, 2017 she was seen by her doctor and during the routine checkup it was determined that do to pain discomforts and the early stages of contractions Her doctor has removed her from work duties. At this point she can't stand her knees, feet and legs are swollen and she requires assistance.

At this time there is a very good chance she may be hospitalized for a number of reasons including given birth. As each day passes it gets more difficult for Ms. Brown. Please see exhibited 1 for good cause stated and the fact that Ms. Brown may not even be available for reasons already stated and supported by her medical physician document. She is requesting the court to grant the relief sought.

*/s/ Monique Brown*
09/22/17

I served a copy by placing the motion in the United States Mail.

TIMOTHY R. O REILLY

Nevada BAR NO. 1761

325 south Maryland Parkway

Las Vegas, Nevada 89101

Dated this day September 22, 2017

_____

# UNLV MEDICINE

Women's Health Care Center

2231 W. Charleston Blvd.

Las Vegas, Nevada 89102

Phone 702-944-2805   Fax 702-366-0466

PROVIDER: _Cynthia L. Sitar_   DATE _9-20-17_

TO WHOM IT MAY CONCERN        DOB 9-18-84

_Monique Brown_ is under my care. He/ She

- [x] Was seen in my office today.
- [ ] Is released to return to work on ____
- [x] Is unable to return to work at this time because _pregnancy EDC 10-12-17 Edema, Discomforts of pregnancy, contractions_
- [ ] Is able to return to school on ____
- [ ] Is/ is not able to participate in the physical education program at school.
- [ ] Is pregnant and estimated date of confinement is ____
- [ ] Is in good physical health.
- [ ] Surgery is scheduled for ____ and patient may return to work after ____ weeks.
- [ ] Medications ____
- [ ] Restrictions ____
- [ ] Other _Estimated return to work 11-26-17_

_C. Sitar APRN_
(Signature)