_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 04, 2017

**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
E-Mail: efile@oreillylawgroup.com
Attorneys for LEGACY PROPERTIES LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) CASE NO.: 2:17-bk-14566-abl |
|---|---|
| MONIQUE KASHAY BROWN, | ) Chapter 7 |
| Debtor. | ) **ORDER GRANTING LEGACY PROPERTIES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) Hearing Date: September 27, 2017 |
| | Hearing Time: 10:30 A.M. |

This Court having held a hearing upon Legacy Properties, LLC ("Legacy") Motion for Relief Automatic Stay, having reviewed the pleadings and being fully aware of all relevant facts and circumstances does hereby make the following order:

...

...

...

...

...

Pursuant to the reasons stated on the record and in accordance with 11 USC 362 (d)(1) this Court does hereby ORDER AND ADJUDGE that Legacy Properties, LLC's Motion for Relief from Automatic Stay is hereby GRANTED.

**IT IS SO ORDERED**

Respectfully Submitted by:

**O'REILLY LAW GROUP, LLC**

/s/ Timothy R. O'Reilly
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
E-Mail: efile@oreillylawgroup.com
Attorneys for LEGACY PROPERTIES LLC

**LR 9021 CERTIFICATION**

__X__  The court has waived the requirement set forth in LR 9021(b)(1).

The undersigned attorney does certify that the proposed order was attached to the Motion for Relief from Automatic Stay (ECF No. 13) as Exhibit E and served with the motion. Therefore LR 9021(b)(1) is waived.

**O'REILLY LAW GROUP, LLC**

/s/ Timothy R. O'Reilly
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
E-Mail: to efile@oreillylawgroup.com
Attorneys for LEGACY PROPERTIES LLC