**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com
Attorneys for
LEGACY PROPERTIES LLC

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.: 2:17-bk-14566-abl |
| | Chapter 7 |
| MONIQUE KASHAY BROWN, | |
| Debtor. | **NOTICE OF ENTRY OF ORDER GRANTING LEGACY PROPERTIES, LLC's MOTION FOR RELIEF FROM AUTOMATIC STAY** |

TO:    THE HONORABLE JUDGE AUGUST B. LANDIS, THE DEBTOR, AND ALL OTHER INTERESTED PARTIES:

COMES NOW, LEGACY PROPERTIES, LLC, ("Legacy") and does hereby provide NOTICE that an Order Granting Legacy Properties' Motion for Relief from Automatic Stay ("Order") was entered in this matter as ECF No. 26 on October 4, 2017 and is attached hereto as **Exhibit 1.**

Dated: October 4, 2017        O'REILLY LAW GROUP, LLC

By: /s/ Timothy R. O'Reilly
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for LEGACY PROPERTIES LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am employed in the law offices of O'REILLY LAW GROUP, LLC and that, on October 4, 2017, I served, in accordance with LR 5-4 and Fed. R. Civ. P. 5(b)(2), the foregoing **NOTICE OF ENTRY OF ORDER GRANTING LEGACY PROPERTIES, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY AS FOLLOWS:**

By electronic transmission through the ECF filing system of the U.S. District Court, District of Nevada to:

    All entities as listed on CM/ECF

By U.S. Mail to:

    Debtor
    Monique Kashay Brown
    6550 Laredo Street
    Las Vegas, Nevada 89146

Signed on: October 4, 2017

                                                */s/ signature*
                                      An Employee of O'REILLY LAW GROUP, LLC