*EXHIBIT 1*

*EXHIBIT 1*

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 04, 2017

**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
E-Mail: efile@oreillylawgroup.com
Attorneys for LEGACY PROPERTIES LLC

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) CASE NO.:    2:17-bk-14566-abl |
| | ) Chapter 7 |
| MONIQUE KASHAY BROWN, | ) |
| | ) **ORDER GRANTING LEGACY** |
| Debtor. | ) **PROPERTIES, LLC'S MOTION FOR** |
| _____ | ) **RELIEF FROM AUTOMATIC STAY** |
| | Hearing Date: September 27, 2017 |
| | Hearing Time: 10:30 A.M. |

This Court having held a hearing upon Legacy Properties, LLC ("Legacy") Motion for

Relief Automatic Stay, having reviewed the pleadings and being fully aware of all relevant facts

and circumstances does hereby make the following order:

...

...

...

...

...

...

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266

1    Pursuant to the reasons stated on the record and in accordance with 11 USC 362 (d)(1) this

2    Court does hereby ORDER AND ADJUDGE that Legacy Properties, LLC's Motion for Relief

3    from Automatic Stay is hereby GRANTED.

4                                        **IT IS SO ORDERED**

5

6

7    Respectfully Submitted by:

8    **O'REILLY LAW GROUP, LLC**

9
     /s/ Timothy R. O'Reilly
10   John F. O'Reilly, Esq.
     Nevada Bar No. 1761
11   Timothy R. O'Reilly, Esq.
     Nevada Bar No. 8866
12   325 S. Maryland Parkway
     Las Vegas, Nevada 89101
13   E-Mail: efile@oreillylawgroup.com
14   Attorneys for LEGACY PROPERTIES LLC

15
                              **LR 9021 CERTIFICATION**
16
17    X    The court has waived the requirement set forth in LR 9021(b)(1).

18        The undersigned attorney does certify that the proposed order was attached to the Motion

19   for Relief from Automatic Stay (ECF No. 13) as Exhibit E and served with the motion.  Therefore

20   LR 9021(b)(1) is waived.

21   **O'REILLY LAW GROUP, LLC**

22

23   /s/ Timothy R. O'Reilly
     John F. O'Reilly, Esq.
24   Nevada Bar No. 1761
     Timothy R. O'Reilly, Esq.
25   Nevada Bar No. 8866
     325 S. Maryland Parkway
26   Las Vegas, Nevada 89101
27   E-Mail: to efile@oreillylawgroup.com
     Attorneys for LEGACY PROPERTIES LLC
28

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266