_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 11, 2017

LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 17-14566-ABL |
| MONIQUE KASHAY BROWN, | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtors | ORDER CONFIRMING AUTOMATIC DISMISSAL OF CHAPTER 7 CASE |
| | (NO HEARING REQUIRED) |

The Request of Lenard E. Schwartzer (the "Trustee") having come before this Court and it appearing that the Debtor did not file her schedules within 45 days after the date of the filing of her petition, pursuant to Bankruptcy Code § 521(i), this case is dismissed as of the 46th day after the date of the filing of the petition.

Submitted by:

_____
LENARD E. SCHWARTZER
Trustee

###